# STAMPUR & ROTH
ATTORNEYS AT LAW

**MEMO ENDORSED**

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

January 13, 2020

By ECF

Honorable Andrew L. Carter
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-16-20

    Re: *United States v. Alan Romero-Granados, et al.*
        **16 Cr. 324 (ALC)**

Dear Judge Carter:

    I write to request an adjournment of Mr. Alan Romero-Granados' sentencing before Your Honor now scheduled for January 27, 2020, until March 19, 2020 at 10:00 AM. Counsel needs additional time to obtain documents and letters from family and friends in Mexico.

    The government has no objection to said request.

                              Very truly yours,

                              *William J. Stampur*
                              William J. Stampur

cc:   AUSA Elinor Tarlow

> The application is granted. Sentencing adjourned to 4-13-20 at 10:00 a.m. So Ordered.
> /s/ Andrew L. Carter
> 1-16-20

WS/Granados/Ltr to Judge/Adj.