# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

February 17, 2021

**By ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/17/21

Re: *United States v. Alan Romero-Granados, et al.*, 16 Cr. 324 (ALC)

Dear Judge Carter:

I write to respectfully request an adjournment of Mr. Romero-Granados' sentence proceeding now scheduled for March 11, 2021, until the week of June 7, 2021, at a date and time convenient to the Court.

This request is made due to the ongoing COVID-19 pandemic and the need to prepare thoroughly for sentence.

AUSA Elinor Tarlow has no objection to this request.

Very truly yours,

William J. Stampur

cc: AUSA Elinor Tarlow

The application is **GRANTED.**
Sentencing adjourned to 6/10/21 at 12 p.m.
So Ordered.

*/s/ Andrew L. Carter* 2/17/21

WS/Romero-Granados/Adj Rqst