STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

October 12, 2021

**By ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/13/21__

Re:    *United States v. Alan Romero-Granados, et al.,* **16 Cr. 324 (ALC)**

Dear Judge Carter:

I am the attorney of record for Alan Romero-Granados in the above-referenced matter. I write to respectfully request an adjournment of Mr. Romero-Granados' sentence now scheduled for October 26, 2021, until the week of December 13, 2021, with the exclusion of December 15, 2021, at a date and time convenient to the Court.

This adjournment request is made due to the lingering effects of the COVID-19 pandemic which continues to impede counsel's ability to meet with the defendant, as well as the collection of documents and mitigation materials to adequately prepare for Mr. Romero-Granados' sentence.

AUSA Elinor Tarlow has no objection to this request.

Very truly yours,

William J. Stampur

cc:    AUSA Elinor Tarlow (By ECF)

The application is **GRANTED.** Sentencing adjourned to 12/16/21 at 2 p.m.
So Ordered.

10/13/21

WS/Romero Granados/Adj Rqst for Sent 3